E. BERNARD DUBOURCQ, Respondent, v. DIRK W. BROUWER, Doing Business as BROUWER ASSOCIATES, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

■

In the Matter of the Construction of the Will of AUGUST LUTZ, Deceased. ALFRED LUTZ, Respondent; HENRY LUTZ, Appellant.— Decree unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [202 Misc. 903.]

■

In the Matter of the Accounting of HERMAN GETTNER et al., as Executors and Trustees under the Will of MILES C. RABINOWITZ, Deceased. DORIS H. RABINOWITZ et al., as Administrators C. T. A. of MILES C. RABINOWITZ, Deceased, Appellants; MARIE RABINOWITZ et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. (See *Matter of Rhinelander*, 290 N. Y. 31.) Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [201 Misc. 896.] [See *post*, p. 875.]

■

■

SAMUEL E. TEMPLE, Appellant, v. EMBASSY AUTO SALES CORP. et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

■

LILLIAN LINKOFF et al., Respondents, v. HERMAN ZALAZNICK et al., Appellants, and SINRAM BROS., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

■

FIFTH AVENUE HOTEL CORP., Appellant, v. F. RAYMOND JOHNSON, Respondent.— Determination unanimously affirmed, with costs to respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HILTON McGEE, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ.

■

In the Matter of NATHAN PERLMAN, Petitioner, against JACOB GRUMET, as Fire Commissioner of the Fire Department of the City of New York, Respondent.— Determination unanimously confirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.